UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
In re: PAMIDRONATE PRODUCTS                                      :
LIABILITY LITIGATION                                             :
                                                                 :   Case No. 1:09-md-02120-KAM-SMG
This Document Relates To:                                        :
                                                                 :
Case No.: 1:10-cv-05294-KAM-SMG                                  :
*Fry v. APP Pharmaceuticals, Inc. et al.*                        :
                                                                 :
---------------------------------------------------------------- X

## STATEMENT NOTING DEATH OF GARY DALE FRY

In accordance with Fed. R. Civ. P. 25(a), Daniel A. Osborn, Esq., counsel for plaintiff in the above-referenced action, notes the death during the pendency of this action of Gary Dale Fry. Wanda Fry is the successor to the deceased party.

Dated: November 15, 2011

                                        Respectfully submitted,


                                        OSBORN LAW, P.C.


                        By:    s/ Daniel A. Osborn
                               Daniel A. Osborn, Esq.
                               295 Madison Avenue, 39th Floor
                               New York, New York 10017
                               Telephone:   (212) 725-9800
                               Facsimile:   (212) 725-9808

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of November, 2011, a copy of the foregoing **STATEMENT NOTING DEATH OF GARY DALE FRY** was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:      November 15, 2011

                                        By:     s/ Daniel A. Osborn
                                                   Daniel A. Osborn